IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL JESUS ARZAGA,

     Plaintiff,                No. 2:11-cv-3303 JAM JFM (PC)

   vs.

CRAIG LOVETT,

     Defendant.         <u>ORDER</u>

        The court issued findings and recommendations on February 17, 2012, recommending dismissal of this action due to plaintiff's failure to file a completed application to proceed in forma pauperis and/or the filing fee in this action.  Plaintiff has filed timely objections, in which he asserts that staff at Kern Valley State Prison, where he is presently housed, refuse to sign the certification necessary for his motion to proceed in forma pauperis. Plaintiff seeks injunctive relief by way of an order directing staff at Kern Valley State Prison to provide the necessary certification.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed on February 17, 2012 are vacated;

        2. Within fourteen days of the date of this order, the current Acting Warden of Kern Valley State Prison, Martin Biter, or the warden's designee, shall both inform the court

why prison officials, if they have done so, have refused to provide the requisite certification for plaintiff to submit a completed affidavit in support of his request to proceed in forma pauperis and a certified copy of his prison trust account for the six month period preceding the filing of his application and, in any event, must provide the requisite supporting documentation. See 28 U.S.C. § 1915(a)(2);

   3. The Clerk of the Court is directed to serve this order on the current Acting Warden of Kern Valley State Prison, Martin Biter, at 2000 West Cecil Avenue, Delano, CA 93216; and

   4. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: March 19, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;arza3303.vac.fr