|   |   |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

DANIEL JESUS ARZAGA,

      Plaintiff,                                No. 2:11-cv-3303 JAM JFM (PC)

      vs.

CRAIG LOVETT,

      Defendants.                ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. While plaintiff alleges that he suffers from a mental illness, he does not state how the mental illness affects his ability to prosecute this action. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the
2  appointment of counsel (Docket No. 18) is denied.
3  DATED: November 1, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/md
arza3303.31