IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL JESUS ARZAGA,

   Plaintiff,     No. 2:11-cv-3303 JAM JFM (PC)

 vs.

CRAIG LOVETT,     <u>ORDER APPOINTING</u>
            <u>LIMITED PURPOSE COUNSEL</u>
   Defendant.
_____/

   Plaintiff Daniel Arzaga is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted for the limited purpose of investigating the claim, identifying defendant(s), and, as appropriate, drafting an amended complaint. Roy Malahowski has been selected from the court's pro bono attorney panel to represent plaintiff and he has agreed to be appointed.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Roy Malahowski is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of investigating the claim, identifying defendant(s), and, as appropriate, drafting an amended complaint.

/////

1

1  2. Roy Malahowski's appointment will terminate when plaintiff's amended complaint is filed, or if counsel determines defendant(s) cannot be identified or an amended complaint is not appropriate, when the investigation is concluded.

3. Roy Malahowski shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Roy Malahowski, Law Offices of Roy Malahowski, 6308 Brooklawn Way, Bakersfield, California 93309.

5. Roy Malahowski shall contact the Clerk's Office to make arrangements for copies of documents in the file.

DATED:  May 20, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

arza3303.31